```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 07446
    BRUCE M RADDER
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK


            Debtor
    SSN XXX-XX-1068


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/28/08 .

    2.  The case was converted to Chapter 7 without confirmation, 06/30/2008.

    3.  The Debtor paid a total of $   1955.55 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AVELO MORTGAGE LLC | SECURED | .00 | .00 | .00 |
| CHURCHILL CLUB HOMEOWNER | SECURED | .00 | .00 | .00 |
| KENDALL COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | .00 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED | .00 | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DOWNERS GROVE FAMILY PRA | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| H & R ACCOUNTS INC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| JOHN E KEENAN | UNSECURED | NOT FILED | .00 | .00 |
| LINDSAY KOBILCA | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY & HOSP | UNSECURED | NOT FILED | .00 | .00 |
| BEDNAR MD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |

```
RADIOLOGISTS OF DUPAGE     UNSECURED        NOT FILED             .00           .00
SALLIE MAE GUARANTEE SER   UNSECURED              .00             .00           .00
TRI COUNTY ACCOUNTS        UNSECURED        NOT FILED             .00           .00
WASHINGTON MUTUAL CARD S   UNSECURED        NOT FILED             .00           .00
WISCONSIN PUBLIC SERVICE   UNSECURED        NOT FILED             .00           .00
      Summary of disbursements:
------------------------------------------------------------------------------------
                        SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00           .00          .00          .00           .00
PRINCIPAL PAID              .00           .00          .00          .00           .00
INTEREST PAID               .00           .00          .00          .00           .00
TOTAL PAID                  .00           .00          .00          .00           .00
```

The Debtor's attorney, ILLINI LEGAL SERVICES            , was allowed $   3500.00
and was paid $   2000.00   direct and $   1500.00   through the plan.

The Trustee received $       92.36 .

Refunds to the Debtor totaled $     363.19 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/18/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                PAGE   2
      CASE NO. 08 B 07446 BRUCE M RADDER